**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAN PETERS,

Plaintiff,

v.

JAMES D. INGSTAD, and
CUMULUS BROADCASTING, INC.,

Defendants.

Civil No. 01-667 (DWF/SRN)

**ORDER OF REFERENCE**

---

Edwin Sisam, Esq., and Dorothy Buhr, Esq., Sisam & Watje, 7230 Metro Boulevard, Minneapolis, MN 55439, counsel for Plaintiff.

Sarah Herman, Esq., and Adele Page, Esq., Dorsey & Whitney, 51 Broadway North, Suite 402, P.O. Box 1344, Fargo, ND 58107-1344, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Plaintiff's Motion to Remand is referred to Magistrate Judge Susan Richard Nelson.

At this time the Court's file only contains the Letter of Service required by Local Rules.

Dated: May 17, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 17 2001
Francis E. Dosal, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________