**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Dan Peters,**

**Plaintiff,**

**v.**

**James D. Ingstad and Cumulus Broadcasting, Inc.**

**Defendants.**

**Civil 01-667 DWF/SRN**

**REPORT AND RECOMMENDATION**

---

This matter came before the undersigned without hearing.

Based upon the agreement of counsel that this case should be remanded back to Rice County, **IT IS HEREBY RECOMMENDED** that this action be remanded back to the Honorable Judge Gerald J. Wolf, Judge of Rice County District Court.

DATED: June 25, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by July 10, 2001, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

FILED JUN 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________