**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Dan Peters,**

**Plaintiff,**

**v.**

**James D. Ingstad and Cumulus Broadcasting, Inc.,**

**Defendants.**

**Case No. CV01-667-DWF/SRN**

**STIPULATION AND ORDER FOR REMAND**

---

**Whereas** the parties agree that there is no federal jurisdiction in this case;

**Whereas** the parties agree that this case should be remanded back to Rice County to the Honorable Judge Gerald J. Wolf;

**Now therefore,** the parties through their respective attorneys stipulate that this Court may enter an order remanding this case back to Rice County to the Honorable Judge Gerald J. Wolf.

**SISAM & WATJE, P.A.**

Dated: July 2 '01

EDWIN L. SISAM (#183313)
DOROTHY J. BUHR (#21842X)
7230 Metro Boulevard
Minneapolis, Minnesota 55439-2128
(952) 920-8877
*Attorneys for Plaintiff*

FILED JUL 10 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**DORSEY & WHITNEY, LLP**

Dated: July 6, 2001

ADELE HEDLEY PAGE (#233183)
SARAH ANDREWS HERMAN (#______)
51 Broadway, Suite 402
PO Box 1344
Fargo, North Dakota 58107-1344
(701) 235-6000
*Attorneys for Defendant James D. Ingstad*

**BRIGGS AND MORGAN**

Dated: July 3, 2001

J. PATRICK McDAVITT (#70014)
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 334-8400
*Attorney for Cumulus Broadcasting, Inc.*

**Based on the stipulation, files, records and proceedings herein, IT IS**

**ORDERED:**

That this case be remanded back to Rice County to the Honorable Gerald J. Wolf, Judge of Rice County District Court.

Dated: 7-10-01

The Honorable Donovan W. Frank
United States District Court Judge